**FILED**



**2:24 pm, 9/26/24**

# UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

**Margaret Botkins**
**Clerk of Court**

**YOGABODY NATURALS, LLC**

V.

**Case Number:** 24-CV-192

**PAYPAL, INC.**

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

    Please issue a **Summons**

in the above-entitled cause for:

**PAYPAL, INC**
**C T Corporation System**
**1200 South Pine Island Rd**
**Plantation FL  33324**

**s/ Rachel Berkness**

Attorney for  Plaintiff, Lawrence Field

9/26/2024
Date